# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11038   Jackson v. Mayorkas
                      USDC No. 4:22-CV-825

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

Ms. Sarah Jane Clark
Mr. Stephen M. Crampton
Mr. Charles William Fillmore
Mr. Adam Hochschild
Ms. Mary Catherine Hodes
Mr. Paul M. Jonna
Mr. Cody T. Knapp
Mr. Nathan Loyd
Mr. Michael G. McHale
Ms. Karen S. Mitchell