# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-11038

---

Eric Jackson; Alaric Stone; Michael Marcenelle,

*Plaintiffs—Appellants*,

*versus*

Alejandro Mayorkas, *Secretary, U.S. Department of Homeland Security*; Lloyd J. Austin, III, *Secretary, U.S. Department of Defense*; Linda Fagan, Commandant of the Coast Guard; Brian Penoyer, Assistant Commandant *for Human Resources of* the Coast Guard,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-825

---

## UNPUBLISHED ORDER

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' motion to expedite the appeal is DENIED. The clerk is DIRECTED to resume the normal briefing schedule.