# EXHIBIT A



| | Commander | 2703 Martin Luther King Jr. Ave. SE |
|---|---|---|
| U.S. Department of Homeland Security | United States Coast Guard | Washington DC 20593-7200 |
| United States Coast Guard | Personnel Service Center | Staff Symbol: CG PSC (opm-3) |
| | | Phone: (202) 795-6468 |

1070
17 Jan 2024

# MEMORANDUM

NOLAN.KELLEE.M.1013126271
Digitally signed by NOLAN.KELLEE.M.1013126271
Date: 2024.01.29 14:04:30 -05'00'

From: Kellee M. Nolan, CDR
CG PSC-OPM-3

To: Michael C. Marcenelle, LT, 2144596

Subj: CORRECTION TO RECORD

Ref: (a) Special Selection Board Results dtd 04Jan2024
(b) Coast Guard Officer Evaluation System Procedures Manual, PSCINST M1611.1D

1. Your promotion was reinstated per reference (a). Changes to your record as annotated below are based upon the authority granted under reference (b).

2. Your Officer Evaluation Report (OER) with the end of period date of 30Jun2023 was removed from your electronically imaged Coast Guard Military Human Resource Record. Your next required OER submission 31May2024 and should document all performance from 01Feb2023 to 31May2024.

#

Copy: CG PSC-OPM
TRACEN YORKTOWN