# EXHIBIT B

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, et al.,<br><br>    Defendants. | Case No. 23-11038 |

## DECLARATION OF LIEUTENANT MICHAEL MARCENELLE

Pursuant to 28 U.S.C. § 1746, I, Michael Marcenelle, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. On January 17, 2024, the Coast Guard issued a memo titled "CORRECTION TO RECORD" informing me that it had removed a semi-annual evaluation from my career records following the September 18, 2023, Special Selection Board's grant of my delayed promotion on

1

December 19, 2023. (See **Exhibit A** to Plaintiffs' Motion to Supplement the Record on Appeal filed herewith.)

3. Prior to the removal, that evaluation, covering the evaluation period ending June 30, 2023, had been stored in my career records within the Coast Guard Military Human Resource Record (CGMHRR) file system, viewed through a Coast Guard system called the Interactive Personnel Electronic Records Management System (iPERMS).

4. This is the same file system that formerly stored the CG-3307 document my commander issued on May 31, 2022, which accused me of violating the order to receive the COVID-19 vaccine. The Coast Guard removed that CG-3307 and inserted a memorandum issued by Dr. Navarro titled "CORRECTING MILITARY RECORDS."

5. I have confirmed that Dr. Navarro's memo is still in my CGMHRR career records.

6. I understand that the Coast Guard's position is that Dr. Navarro's memo must remain on my record to document the authority for changing a federal record.

7. However, I have confirmed that my recently rescinded June 30, 2023, evaluation is no longer in my CGMHRR career records, and that

my records do not contain any item documenting that my June 30, 2023, evaluation was removed.

8. There is no evidence at all in my career records that the evaluation dated June 30, 2023, ever existed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2024.

_____
Michael Marcenelle