# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 09, 2024

Mr. Michael G. McHale
Thomas More Society
10506 Burt Circle
Suite 110
Omaha, NE 68114

      No. 23-11038    Jackson v. Mayorkas
                          USDC No. 4:22-CV-825

Dear Mr. McHale,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

Citations to the documents in the supplemental record on appeal must be properly cited. Every assertion in briefs regarding matters in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. See Fed. R. App. P. 28(a)(8)(A) and 5th Cir. R. 28.2.2. See Form 1 "http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4".

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Lisa E. Ferrara*
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Ms. Sarah Jane Clark
    Mr. Stephen M. Crampton
    Mr. Charles William Fillmore
    Mr. Adam Hochschild
    Ms. Mary Catherine Hodes
    Mr. Paul M. Jonna
    Mr. Cody T. Knapp
    Mr. Nathan Loyd