

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Room 7216
Washington, DC 20530

Tel: 202-305-8727

March 25, 2024

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

RE:   *Jackson v. Mayorkas*, No. 23-11038 (5th Cir.)
       Response to Rule 28(j) Notice of Supplemental Authority

Dear Mr. Cayce:

The government writes in response to plaintiffs' March 20, 2024 letter submitting the Supreme Court's decision in *Federal Bureau of Investigation v. Fikre*, No. 22-1178 (U.S. Mar. 19, 2024).

In *Fikre*, the Court noted that "[s]ometimes, events in the world overtake those in the courtroom, and a complaining party manages to secure outside of litigation all the relief he might have won in it." Ex. A at 5. The Court reaffirmed that, "[w]hen that happens, a federal court must dismiss the case as moot," because "[t]he limited authority vested in federal courts to decide cases and controversies means that they may no more pronounce on past actions that do not have any 'continuing effect' in the world than they may shirk decision on those that do." *Id.*

*Fikre* does not call into question the district court's conclusion that this case is moot. The voluntary cessation exception still does not apply here, both because Congress mandated the military's rescission of the vaccination requirement and because there can be no reasonable expectation that the military will resume the challenged

conduct. The military rescinded the COVID-19 vaccination requirement over a year ago at Congress' direction. *See* James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Pub. L. No. 117-263, 136 Stat. 2395 (2022). Since then, the military has taken no steps to reinstitute the requirement, nor given any indication that it might do so at a later date. On the contrary, it has restored unvaccinated service members to equal footing and has supported unvaccinated individuals' return to service. *See, e.g.*, Resp. Br. 13, 23-24. Meanwhile, the conditions that prompted the COVID-19 vaccination requirement have materially changed. *See* Pub L. No. 118-3, 137 Stat. 6 (2023) (joint resolution of Congress terminating the COVID-19 national emergency); Announcement on End of the COVID-19 Public Health Emergency, https://perma.cc/T6QU-8Z6K. Because the requirement challenged by plaintiffs "cannot reasonably be expected to recur," Ex. A at 6 (quotation marks omitted), plaintiffs' challenge is moot.

                                            Sincerely,

                                            */s/ Sarah J. Clark*
                                            Sarah J. Clark
                                            Counsel for the United States

cc:      Counsel of Record (via CM/ECF)