# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 29, 2024

Lyle W. Cayce
Clerk

No. 23-11038

———————————

ERIC JACKSON; ALARIC STONE; MICHAEL MARCENELLE,

*Plaintiffs—Appellants,*

*versus*

ALEJANDRO MAYORKAS, *Secretary, U.S. Department of Homeland Security*; LLOYD J. AUSTIN, III, *Secretary, U.S. Department of Defense*; LINDA FAGAN, COMMANDANT OF THE COAST GUARD; BRIAN PENOYER, ASSISTANT COMMANDANT *for Human Resources of* THE COAST GUARD,

*Defendants—Appellees.*

———————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-825

———————————

ORDER:

IT IS ORDERED that the Appellants' unopposed motion to supplement the record with declarations attached to motion is GRANTED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce


ENTERED AT THE DIRECTION OF THE COURT