# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11038   Jackson v. Mayorkas  
                  USDC No. 4:22-CV-825

Enclosed is an order entered in this case.

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa B. Courseault, Deputy Clerk  
504-310-7701

Ms. Sarah Jane Clark  
Mr. Stephen M. Crampton  
Mr. Charles William Fillmore  
Mr. Adam Hochschild  
Ms. Mary Catherine Hodes  
Mr. Paul M. Jonna  
Mr. Cody T. Knapp  
Mr. Nathan Loyd  
Mr. Michael G. McHale