United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 21, 2024
Lyle W. Cayce
Clerk

No. 23-11038

Eric Jackson; Alaric Stone; Michael Marcenelle,

*Plaintiffs—Appellants,*

*versus*

Alejandro Mayorkas, *Secretary, U.S. Department of Homeland Security*; Lloyd J. Austin, III, *Secretary, U.S. Department of Defense*; Linda Fagan, Commandant of the Coast Guard; Brian Penoyer, Assistant Commandant *for Human Resources of* the Coast Guard,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-825

ORDER:

IT IS ORDERED that Appellants' motion to supplement the record with exhibits attached to motion is GRANTED.

IT IS FURTHER ORDERED that Appellants' motion to file supplemental record under seal is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT