# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 21, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11038   Jackson v. Mayorkas
                  USDC No. 4:22-CV-825


The court has granted the motion to supplement or correct the record in this case. The originating court is requested to add the attached motion and sealed documents to their court's docket and to provide us with a supplemental electronic record. The sealed materials will be sent to the district court via email.

Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.


                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Melissa B. Courseault, Deputy Clerk
                                504-310-7701


Ms. Sarah Jane Clark
Mr. Stephen M. Crampton
Mr. Charles William Fillmore
Mr. Adam Hochschild
Ms. Mary Catherine Hodes
Mr. Paul M. Jonna
Mr. Cody T. Knapp
Mr. Nathan Loyd
Mr. Michael G. McHale
Ms. Karen S. Mitchell